IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT FERST,<br>            Petitioner,<br><br>v.<br><br>KEVIN KAUFFMAN, et al,<br>            Respondents. | CIVIL ACTION<br>NO. 13-6394 |

## ORDER

**AND NOW**, this 1st day of June, 2016, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and after review of Petitioner's objections to the Report and Recommendation, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**; and

3. There has been no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**